UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
BYRON K. BROWN,

                          Plaintiff,                      **ORDER**

    - against -                                            No. 23-CV-6056 (CS)

ANTHONY ANNUCCI, et al.,

                          Defendants.
---------------------------------------------------------------x

This Order relates to:

    *Pek v. Annucci, et al.*, No. 23-CV-6914

    *Louime v. Annucci, et al.*, No. 23-CV-6898

    *Reed v. Annucci, et al.*, No. 23-CV-6918

    *Brooks v. Annucci, et al.*, No. 23-CV-6902

    *Haymon v. Annucci, et al.*, No. 23-CV-6922

    *DeJesus v. Annucci, et al.*, No. 23-CV-6905

    *Howard v. Annucci, et al.*, No. 23-CV-6923

    *Lind v. Annucci, et al.*, No. 23-CV-6903

    *Campbell v. Annucci, et al.*, No. 23-CV-6900

    *Seabrooks v. Annucci, et al.*, No. 23-CV-6919

    *Martinez v. Annucci, et al.*, No. 23-CV-6909

    *Williams v. Annucci, et al.*, No. 23-CV-6904

    *Roque v. Annucci, et al.*, No. 23-CV-6906

    *Wright v. Annucci, et al.*, No. 23-CV-6910

    *Ramos v. Annucci, et al.*, No. 23-CV-6916

<u>Seibel, J.</u>

      Defendants' time to respond to the operative Complaint in each of the above-captioned cases is extended to 21 days after all Defendants in the case have been served.

      Moving forward, any document that is intended to be applicable to all cases related to *Brown v. Annucci*, No. 23-CV-6056, need only be filed on the *Brown* docket, as it is the lead

case.  Any such pleading should include a caption stating "This Document Relates to All Related Actions," to ensure the streamlined disposition of these matters.  Any pleading that is intended to apply to only one of the related cases or to a subset of the related cases shall only be filed on the docket of the relevant case(s) to which it applies.

In each of the following twelve cases, Plaintiffs have amended their respective complaints to name a Patricia Chumney as a Defendant:  *Brown v. Annucci, et al.*, No. 23-CV-6056; *Pek v. Annucci, et al.*, No. 23-CV-6914; *Louime v. Annucci, et al.*, No. 23-CV-6898; *Reed v. Annucci, et al.*, No. 23-CV-6918; *Brooks v. Annucci, et al.*, No. 23-CV-6902; *Haymon v. Annucci, et al.*, No. 23-CV-6922; *DeJesus v. Annucci, et al.*, No. 23-CV-6905; *Howard v. Annucci, et al.*, No. 23-CV-6923; *Lind v. Annucci*, et al., No. 23-CV-6903; *Seabrooks v. Annucci, et al.*, No. 23-CV-6919; *Williams v. Annucci, et al.*, No. 23-CV-6904; and *Wright v. Annucci, et al.*, No. 23-CV-6910.  This order supersedes any and all earlier orders of service entered in any of these cases concerning Defendant Chumney.

To ensure that Defendant Chumney is properly served in each of these twelve cases, the Clerk of Court is respectfully directed to:  (1) fill out a U.S. Marshals Service Process Receipt form ("USM-285") form for Defendant Chumney and; (2) issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant Chumney at the below address:

> C/O Deputy Counsel Mark Richter
> Department of Corrections and Community Supervision
> Office of Counsel
> The Harriman State Campus, Building 4
> 1220 Washington Avenue
> Albany, New York 1226

The Clerk of Court shall do so separately for each of the twelve cases.  The Clerk of Court is also respectfully directed to docket this Order in each of the above-captioned cases.

**SO ORDERED.**

Dated:  November 22, 2023
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.