UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
BYRON K. BROWN,

                                    Plaintiff,                              **ORDER**

          - against -                                          No. 23-CV-6056 (CS)

ANTHONY ANNUCCI, *et al.*,

                                    Defendants.
---------------------------------------------------------------x
This Order relates to:

  *Brown v. Annucci, et al.*, No. 23-CV-6056

  *Pek v. Annucci, et al.*, No. 23-CV-6914

  *Louime v. Annucci, et al.*, No. 23-CV-6898

  *Reed v. Annucci, et al.*, No. 23-CV-6918

  *Brooks v. Annucci, et al.*, No. 23-CV-6902

  *Haymon v. Annucci, et al.*, No. 23-CV-6922

  *DeJesus v. Annucci, et al.*, No. 23-CV-6905

  *Lind v. Annucci, et al.*, No. 23-CV-6903

  *Howard v. Annucci, et al.*, No. 23-CV-6923

  *Seabrooks v. Annucci, et al.*, No. 23-CV-6919

  *Scott v. Annucci, et al.*, No. 23-CV-6911

  *Martinez v. Annucci, et al.*, No. 23-CV-6909

  *Williams v. Annucci, et al.*, No. 23-CV-6904

  *Roque v. Annucci, et al.*, No. 23-CV-6906

  *Wright v. Annucci, et al.*, No. 23-CV-6910

  *Ramos v. Annucci, et al.*, No. 23-CV-6916

  *Campbell v. Annucci, et al.*, No. 23-CV-6900

  *Price v. Annucci, et al.*, No. 23-CV-6925

Seibel, J.

On July 9, 2024, I entered an Order in *Brown v. Annucci*, No. 23-CV-6056, which (1)

granted Plaintiff Brown's request for an extension and gave him until August 7, 2024 to submit

his opposition to Defendants' motion to dismiss, and (2) gave Defendants until August 21, 2024 to submit their omnibus reply.  (*See Brown v. Annucci*, Case No. 23-CV-6056, ECF No. 58.)

In the interim, several other Plaintiffs have filed letters requesting similar thirty day extensions to file their opposition briefs.  (*See, e.g.*, *Howard v. Annucci*, Case No. 23-CV-6923, ECF No. 34; *Pek v. Annucci*, Case No. 23-CV-6914, ECF No. 34.)  To ensure the streamlined disposition of these cases, and for avoidance of doubt, the remaining Plaintiffs in the above-captioned cases may have the same extension of time to oppose Defendants' motion as Plaintiff Brown.  Therefore, every Plaintiff's opposition is to be filed by August 7, 2024.  Defendants will then have until August 21, 2024 to file their omnibus reply.  Plaintiffs should take care to timely file their oppositions, even if handwritten (although in that event great care should be taken to ensure the writing is legible), as in all likelihood there will be no further extensions.

The Clerk of Court is respectfully directed to docket this Order in each of the above-captioned cases.

**SO ORDERED.**

Dated: July 17, 2024
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.