**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
BYRON K. BROWN, et al.

                Plaintiffs,

-against-                            23 **CIVIL** 6056 (CS)

**JUDGMENT**

ANTHONY ANNUCCI, BERMAN JOSEPH, and
PATRICIA CHUMNEY, et al.

                Defendants.
-----------------------------------------------------------------X

This Judgment relates to the above-captioned case and to:

*Brooks v. Annucci, et al.*, No. 23-CV-6902, *Campbell v. Annucci, et al.*, No. 23-CV-6900, *DeJesus v. Annucci, et al.*, No. 23-CV-6905, *Haymon v. Annucci, et al.*, No. 23-CV-6922, *Howard v. Annucci, et al.*, No. 23-CV-6923, *Lind v. Annucci, et al.*, No. 23-CV-6903, *Louime v. Annucci, et al.*, No. 23-CV-6898, *Martinez v. Annucci, et al.*, No. 23-CV-6909, *Pek v. Annucci, et al.*, No. 23-CV-6914, *Price v. Annucci, et al.*, No. 23-CV-6925, *Ramos v. Annucci, et al.*, No. 23-CV-6916, *Reed v. Annucci, et al.*, No. 23-CV-6918, *Roque v. Annucci, et al.*, No. 23-CV-6906, *Scott v. Annucci, et al.*, No. 23-CV-6911, *Seabrooks v. Annucci, et al.*, No. 23-CV-6919, *Williams v. Annucci, et al.*, No. 23-CV-6904 , W*right v. Annucci, et al*., No. 23-CV-6910.

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated February 6, 2025, Defendants' motion to dismiss is GRANTED. Accordingly, the cases are closed.

**Dated:**  New York, New York

      February 7, 2025

                                                  **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                                          **BY:**

                                                 _____
                                                       **Deputy Clerk**